UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MANDY REACH,

                                  Plaintiff,                23 Civ. No. 8085 (JPO) (GS)

       -against-                                 **PRE-SETTLEMENT**
                                                            **CONFERENCE ORDER**

HEALTHFIRST, INC., et al.,

                                Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Telephone Conference on **Wednesday, April 10, 2024 at 11:00 a.m.** to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to confer in advance so that, during the Telephone Conference, they can propose three or more mutually amenable dates for a Settlement Conference. The parties are further directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 327 531 939#**

       SO ORDERED.

DATED:     New York, New York
                March 22, 2024

                                                                             The Honorable Gary Stein
                                                                             United States Magistrate Judge