UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDY REACH,
                          Plaintiff,

              -v-

HEALTHFIRST, INC., *et al.*,
                         Defendants.

23-CV-8085 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

       The Court has reviewed the parties' submissions regarding Plaintiff's noticed subjects for a Rule 30(b)(6) deposition (ECF Nos. 52, 56) and concludes that a conference is unnecessary.

       The Court agrees with Defendants that the disputed subjects are not proportional to the needs of the case. The remaining claims in this case primarily concern the six-week period during which Plaintiff worked under Defendant Richardson—and specifically whether Richardson's allegedly hostile conduct toward Reach was motivated, at least in part, by race. They do *not* involve Reach's hiring, promotion, or separation from the company. Reach and Richardson did not work in Human Resources, and Plaintiff did not complain about race discrimination until her exit interview. Plaintiff has already deposed six witnesses. Plaintiff now seeks a Rule 30(b)(6) witness to be required to address the company's policies on diversity, equity, and inclusion ("DEI"), affirmative-action and other race-based employment resources, and procedures for making and investigating complaints of discrimination. Those topics are too tangential to the specific claims remaining in this case to be proportional to the needs of the case.

       To allow the parties to proceed with discovery consistent with this Order, the Court hereby extends the time to complete fact discovery, and to submit a joint status letter, to May 30, 2025.

2

SO ORDERED.

Dated: May 1, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge