**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
 MANDY REACH,

                          Plaintiff,                    23 **CIVIL** 8085 (JPO)

        -v-                                             **JUDGMENT**


HEALTHFIRST, INC., et al.,
                          Defendants.
-----------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated June 23, 2026, Defendants' motion for summary

judgment is GRANTED; accordingly, judgment entered for the defendants and the case is

closed.

**Dated:**  New York, New York

        June 24, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                             **Clerk of Court**


                        BY:  _____
                                          **Deputy Clerk**